◾ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES BELLMAN, Appellant. [976 NYS2d 401]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Sullivan, J.), rendered August 3, 2011, convicting him of assault in the third degree and menacing in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342, 348 [2007]), we nevertheless accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's contention that the trial court erred in denying, without a hearing, his motion to set aside the verdict due to improper juror conduct (*see* CPL 330.30 [2]) is without merit. The Supreme Court properly determined that even if the allegations were true, the alleged misconduct did not affect a

substantial right of the defendant (*see People v Rodriguez*, 100 NY2d 30, 35 [2003]; *People v Irizarry*, 83 NY2d 557, 561 [1994]).

The defendant's contention that he was deprived of a fair trial by the prosecutor's comment in summation on his pre-arrest silence is unpreserved for appellate review since he failed to raise that specific objection at trial (*see* CPL 470.05 [2]; *People v Beauliere*, 36 AD3d 623 [2007]; *People v Materon*, 276 AD2d 718 [2000]).

The defendant's remaining contentions are without merit. Mastro, J.P., Lott, Austin and Hinds-Radix, JJ., concur.